# EXHIBIT 2

**GEORGE BROWN**
39 SPRING STREET
NYC NY 10012
212 941 1766  FAX 431 3389

STREND, PRANICA
37 WARREN ST 22B
NYC NY 10007

| DATE: 12/18/95 | INVOICE# SSSP1218 |
| --- | --- |
| PO # | SHOOT DATE: 12/18/95 |
| JOB # | ART DIRECTOR: |
| CLIENT/PRODUCT: LIZ CLAIBORNE | ART BUYER: |
| MEDIA USAGE: | USE PERIOD: |

DESCRIPTION:

PRIMERA 240 RENTAL
PER: SY STUDIOS 691-9959 — 250—
MESSENGER x2 — 40—

12/19/95

290—

**BALANCE DUE:**

Client's usage rights transferred upon full payment of this invoice.

