# EXHIBIT 4



**BRIESE LICHTTECHNIK**

Briese Lichttechnik
Vertriebs GmbH
Peutestraße 51 A
20539 Hamburg

George Brown
39 Spring Street
New York City
USA- New York 10012

PROFORMA INVOICE
Datum: 02.02.96

| Bei Zahlung angeben/ Payment Reference | Rechnung/Invoice Nr. 00841 | Kunden/Client Nr. 15763 |

| Pos. Article No. | Artikel Nr. | Menge Amount | Bezeichnung Article name | Einzelpreis Item price DM | Gesamtpreis Total price |
|---|---|---|---|---|---|
| 1 | 9005 | 2,0 | Counterlight 3.200 | 10,00 | 20,0 |
| 2 | 9011 | 2,0 | Lamp body Pro 6 | 150,00 | 300,0 |
| 3 | 9018 | 1,0 | Umbrella 240 compl. | 800,00 | 800,0 |
| 4 | 9020 | 2,0 | Diffuser 240 0,75 | 40,00 | 80,0 |
| 5 | 9031 | 2,0 | Directlight 3.200 | 10,00 | 20,0 |
| 6 | 9078 | 4,0 | Flash tube 3.200 1,0 | 75,00 | 300,0 |

Summe 1520,0

Gesamt 1520,0

Zahlung:

| Briese Lichttechnik Vertriebs GmbH Geschäftsführer Hans Werner Briese | Peutestraße 51 A 20539 Hamburg Tel.: 040/78 57 42 Fax.: 040/78 21 80 | Postgiro BLZ 200 100 20 Kto. 1497 08 200 | Dresdner Bank AG BLZ 200 800 00 Kto. 09 308 015 00 | BfG Hamburg BLZ 200 101 11 Kto. 150 117 8800 | USt.-ID DE 11 86 43 2 HRB 46 558 |

Attn: Ron Rossi

