UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                   )
BRIESE    LICHTTENCHNIK   VERTRIEBS )  No. 09 Civ. 9790
GmbH, and HANS-WERNER BRIESE,       )
                                    )  VERDICT FORM
          Plaintiffs,               )
                                    )
      -against-                     )
                                    )
BRENT    LANGTON,    B2PRO,    KEY  )
LIGHTING, INC., and SERGIO ORTIZ,   )
                                    )
          Defendants.               )
_____)

We the jury unanimously find as follows:

## Plaintiffs' Claim for Patent Infringement

1.  Have Plaintiffs proved by a preponderance of the evidence that
    the following Defendants infringed Claim 1 of the '146 Patent?
    (Check "Yes" or "No" for each individual defendant.)

| | | |
|---|---|---|
| Brent Langton | Yes ✓ | No ___ |
| Sergio Ortiz | Yes ✓ | No ___ |
| B2Pro | Yes ✓ | No ___ |
| Key Lighting, Inc. | Yes ✓ | No ___ |

If you checked "Yes" for any of the Defendants in Question 1, answer
Questions 2-4.  If you checked "No" for all of the Defendants, skip
to Question 5.

2.  What damages, if any, do you award Plaintiffs in connection
    with their claim for patent infringement?

    $ 300,000

3.  What percentage of the damages awarded in Question 2 above is
    attributable to each individual Defendant?  (The sum of the
    percentages should be 100.  You should not fill in a percentage

for an individual defendant if you did not find that defendant
liable for patent infringement in Question 1).

Brent Langton                  _ _yes_ _ %

Sergio Ortiz                   _yes_ %

B2Pro                          _yes_ %

Key Lighting, Inc.             _yes_ %

4.   If you find that a defendant infringed the '146 patent, you
     must also determine whether that defendant's infringement was
     willful.  Have Plaintiffs proved by a preponderance of the
     evidence that the following Defendants willfully infringed
     Claim 1 of the '146 Patent? (Check "Yes" or "No" for each
     individual defendant that you found liable for patent
     infringement, if any.)

Brent Langton               Yes _✓_          No ___

Sergio Ortiz                Yes _✓_          No ___

B2Pro                       Yes _✓_          No ___

Key Lighting, Inc.          Yes _✓_          No ___

///

## **Plaintiff's Trade Dress Claim**

5.   Have Plaintiffs proved by a preponderance of the evidence that
     the following Defendants are liable for trade dress
     infringement? (Check "Yes" or "No" for each individual
     defendant.)

| | | |
|---|---|---|
| Brent Langton | Yes ___ | No ___ ✓ |
| Sergio Ortiz | Yes ___ | No ___ ✓ |
| B2Pro | Yes ___ | No ___ ✓ |
| Key Lighting, Inc. | Yes ___ | No ___ ✓ |

If you checked "Yes" for any of the Defendants in Question 5, answer
Questions 6-8.  If you checked "No" for all of the Defendants, skip
to Question 9.

6.   Excluding profits, what compensatory damages, if any, do you
     award Plaintiffs in connection with their claim for trade dress
     infringement?

     $ _____

7.   Additionally, you may award Plaintiffs profits in connection
     with their trade dress infringement claim.  What amount of

Page 3 of 6

Defendants' profits, if any, do you award Plaintiffs in
connection with their trade dress claim?

$ _____

8.   What percentage of the damages awarded in Questions 6 and 7
     above is attributable to each individual Defendant?  (The sum
     of the percentages should be 100.  You should not fill in a
     percentage for an individual defendant if you did not find that
     defendant liable for trade dress infringement in Question 5).

          Brent Langton                    ____ %

          Sergio Ortiz                     ____ %

          B2Pro                            ____ %

          Key Lighting, Inc.               ____ %

## Partnership

9.   Have Plaintiffs proved by a preponderance of the evidence that
     B2Pro was a partnership between Brent Langton and Sergio Ortiz?

     Yes  ✓          No ____
///
///
///

Page 4 of 6

**Key Lighting, Inc. and B2Pro's Counterclaim for Trade Libel**

10. Have Key Lighting, Inc. and B2Pro proved by a preponderance of the evidence that Briese Lichttechnick GMBH is liable for trade libel?

    Yes  ✓             No ____

    If you answered "yes" to question 10, answer Questions 11-12. If not, skip to question 13.

11. What special or compensatory damages, if any, do you award Key Lighting, Inc. and B2Pro in connection with their claim for trade libel?

    $ 1.00

12. What punitive damages, if any, do you award Key Lighting, Inc. and B2Pro in connection with their counterclaim for trade libel?

    $ 1.00

///
///
///
///
///
///

**Brent Langton's Counterclaim for Conversion**

13.  Has Brent Langton proved by a preponderance of the evidence
     that Briese Lichttechnick GMBH and/or Hans-Werner Briese are
     liable for conversion?

           Yes _____        No  X

If you checked "Yes" in Question 13, answer Questions 14-15.  If you
checked "No," skip to the end.

14.  What compensatory damages, if any, do you award Brent Langton
     in connection with his counterclaim for conversion?

           $ _____

15.  What punitive damages, if any, do you award Brent Langton in
     connection with his claim for conversion?

           $ _____

     So say we all.

     Dated at New York, New York, this ___ day of October 2013.

                              _Ward Chusty_

                              Foreperson

Page 6 of 6