# EXHIBIT A

| Series Description | Average majority prime rate charged by banks on short-term loans to business, quoted on an investment basis |
|---|---|
| Unit: | Percent:_Per_Year |
| Multiplier: | 1 |
| Currency: | NA |
| Unique Identifier: | H15/H15/RIFSPBLP_N.A |
| Time Period | RIFSPBLP_N.A |
| 1956 | 3.77 |
| 1957 | 4.2 |
| 1958 | 3.83 |
| 1959 | 4.48 |
| 1960 | 4.82 |
| 1961 | 4.5 |
| 1962 | 4.5 |
| 1963 | 4.5 |
| 1964 | 4.5 |
| 1965 | 4.54 |
| 1966 | 5.63 |
| 1967 | 5.63 |
| 1968 | 6.31 |
| 1969 | 7.96 |
| 1970 | 7.91 |
| 1971 | 5.73 |
| 1972 | 5.25 |
| 1973 | 8.03 |
| 1974 | 10.81 |
| 1975 | 7.86 |
| 1976 | 6.84 |
| 1977 | 6.83 |
| 1978 | 9.06 |
| 1979 | 12.67 |
| 1980 | 15.26 |
| 1981 | 18.87 |
| 1982 | 14.85 |
| 1983 | 10.79 |
| 1984 | 12.04 |
| 1985 | 9.93 |
| 1986 | 8.33 |
| 1987 | 8.21 |
| 1988 | 9.32 |
| 1989 | 10.87 |
| 1990 | 10.01 |
| 1991 | 8.46 |
| 1992 | 6.25 |
| 1993 | 6 |
| 1994 | 7.15 |
| 1995 | 8.83 |

| Series Description | Average majority prime rate charged by banks on short-term loans to business, quoted on an investment basis |
|---|---|
| Unit: | Percent:_Per_Year |
| Multiplier: | 1 |
| Currency: | NA |
| Unique Identifier: | H15/H15/RIFSPBLP_N.A |
| Time Period | RIFSPBLP_N.A |
| 1996 | 8.27 |
| 1997 | 8.44 |
| 1998 | 8.35 |
| 1999 | 8 |
| 2000 | 9.23 |
| 2001 | 6.91 |
| 2002 | 4.67 |
| 2003 | 4.12 |
| 2004 | 4.34 |
| 2005 | 6.19 |
| 2006 | 7.96 |
| 2007 | 8.05 |
| 2008 | 5.09 |
| 2009 | 3.25 |
| 2010 | 3.25 |
| 2011 | 3.25 |
| 2012 | 3.25 |