# EXHIBIT B

Series Desc Market yield on U.S. Treasury securities at 1-year   constant maturity, quoted on investment
Unit:       Percent:_Per_Year
Multiplier:         1
Currency:   NA
Unique Ide H15/H15/RIFLGFCY01_N.M
Time Perio RIFLGFCY01_N.M

| Time Period | RIFLGFCY01_N.M |
|---|---|
| 1953-04 | 2.36 |
| 1953-05 | 2.48 |
| 1953-06 | 2.45 |
| 1953-07 | 2.38 |
| 1953-08 | 2.28 |
| 1953-09 | 2.2 |
| 1953-10 | 1.79 |
| 1953-11 | 1.67 |
| 1953-12 | 1.66 |
| 1954-01 | 1.41 |
| 1954-02 | 1.14 |
| 1954-03 | 1.13 |
| 1954-04 | 0.96 |
| 1954-05 | 0.85 |
| 1954-06 | 0.82 |
| 1954-07 | 0.84 |
| 1954-08 | 0.88 |
| 1954-09 | 1.03 |
| 1954-10 | 1.17 |
| 1954-11 | 1.14 |
| 1954-12 | 1.21 |
| 1955-01 | 1.39 |
| 1955-02 | 1.57 |
| 1955-03 | 1.59 |
| 1955-04 | 1.75 |
| 1955-05 | 1.9 |
| 1955-06 | 1.91 |
| 1955-07 | 2.02 |
| 1955-08 | 2.37 |
| 1955-09 | 2.36 |
| 1955-10 | 2.39 |
| 1955-11 | 2.48 |
| 1955-12 | 2.73 |
| 1956-01 | 2.58 |
| 1956-02 | 2.49 |
| 1956-03 | 2.61 |
| 1956-04 | 2.92 |
| 1956-05 | 2.94 |
| 1956-06 | 2.74 |
| 1956-07 | 2.76 |
| 1956-08 | 3.1 |

| | |
|---|---|
| 1956-09 | 3.35 |
| 1956-10 | 3.28 |
| 1956-11 | 3.44 |
| 1956-12 | 3.68 |
| 1957-01 | 3.37 |
| 1957-02 | 3.38 |
| 1957-03 | 3.42 |
| 1957-04 | 3.49 |
| 1957-05 | 3.48 |
| 1957-06 | 3.65 |
| 1957-07 | 3.81 |
| 1957-08 | 4.01 |
| 1957-09 | 4.07 |
| 1957-10 | 4.01 |
| 1957-11 | 3.57 |
| 1957-12 | 3.18 |
| 1958-01 | 2.65 |
| 1958-02 | 1.99 |
| 1958-03 | 1.84 |
| 1958-04 | 1.45 |
| 1958-05 | 1.37 |
| 1958-06 | 1.23 |
| 1958-07 | 1.61 |
| 1958-08 | 2.5 |
| 1958-09 | 3.05 |
| 1958-10 | 3.19 |
| 1958-11 | 3.1 |
| 1958-12 | 3.29 |
| 1959-01 | 3.36 |
| 1959-02 | 3.54 |
| 1959-03 | 3.61 |
| 1959-04 | 3.72 |
| 1959-05 | 3.96 |
| 1959-06 | 4.07 |
| 1959-07 | 4.39 |
| 1959-08 | 4.42 |
| 1959-09 | 5 |
| 1959-10 | 4.8 |
| 1959-11 | 4.81 |
| 1959-12 | 5.14 |
| 1960-01 | 5.03 |
| 1960-02 | 4.66 |
| 1960-03 | 4.02 |
| 1960-04 | 4.04 |
| 1960-05 | 4.21 |
| 1960-06 | 3.36 |
| 1960-07 | 3.2 |

| | |
|---|---|
| 1960-08 | 2.95 |
| 1960-09 | 3.07 |
| 1960-10 | 3.04 |
| 1960-11 | 3.08 |
| 1960-12 | 2.86 |
| 1961-01 | 2.81 |
| 1961-02 | 2.93 |
| 1961-03 | 2.88 |
| 1961-04 | 2.88 |
| 1961-05 | 2.87 |
| 1961-06 | 3.06 |
| 1961-07 | 2.92 |
| 1961-08 | 3.06 |
| 1961-09 | 3.06 |
| 1961-10 | 3.05 |
| 1961-11 | 3.07 |
| 1961-12 | 3.18 |
| 1962-01 | 3.28 |
| 1962-02 | 3.28 |
| 1962-03 | 3.06 |
| 1962-04 | 2.99 |
| 1962-05 | 3.03 |
| 1962-06 | 3.03 |
| 1962-07 | 3.29 |
| 1962-08 | 3.2 |
| 1962-09 | 3.06 |
| 1962-10 | 2.98 |
| 1962-11 | 3 |
| 1962-12 | 3.01 |
| 1963-01 | 3.04 |
| 1963-02 | 3.01 |
| 1963-03 | 3.03 |
| 1963-04 | 3.11 |
| 1963-05 | 3.12 |
| 1963-06 | 3.2 |
| 1963-07 | 3.48 |
| 1963-08 | 3.53 |
| 1963-09 | 3.57 |
| 1963-10 | 3.64 |
| 1963-11 | 3.74 |
| 1963-12 | 3.81 |
| 1964-01 | 3.79 |
| 1964-02 | 3.78 |
| 1964-03 | 3.91 |
| 1964-04 | 3.91 |
| 1964-05 | 3.84 |
| 1964-06 | 3.83 |

| | |
|---|---|
| 1964-07 | 3.72 |
| 1964-08 | 3.74 |
| 1964-09 | 3.84 |
| 1964-10 | 3.86 |
| 1964-11 | 3.91 |
| 1964-12 | 4.02 |
| 1965-01 | 3.94 |
| 1965-02 | 4.03 |
| 1965-03 | 4.06 |
| 1965-04 | 4.04 |
| 1965-05 | 4.03 |
| 1965-06 | 3.99 |
| 1965-07 | 3.98 |
| 1965-08 | 4.07 |
| 1965-09 | 4.2 |
| 1965-10 | 4.3 |
| 1965-11 | 4.37 |
| 1965-12 | 4.72 |
| 1966-01 | 4.88 |
| 1966-02 | 4.94 |
| 1966-03 | 4.97 |
| 1966-04 | 4.9 |
| 1966-05 | 4.93 |
| 1966-06 | 4.97 |
| 1966-07 | 5.17 |
| 1966-08 | 5.54 |
| 1966-09 | 5.82 |
| 1966-10 | 5.58 |
| 1966-11 | 5.54 |
| 1966-12 | 5.2 |
| 1967-01 | 4.75 |
| 1967-02 | 4.71 |
| 1967-03 | 4.35 |
| 1967-04 | 4.11 |
| 1967-05 | 4.15 |
| 1967-06 | 4.48 |
| 1967-07 | 5.01 |
| 1967-08 | 5.13 |
| 1967-09 | 5.24 |
| 1967-10 | 5.37 |
| 1967-11 | 5.61 |
| 1967-12 | 5.71 |
| 1968-01 | 5.43 |
| 1968-02 | 5.41 |
| 1968-03 | 5.58 |
| 1968-04 | 5.71 |
| 1968-05 | 6.14 |

| | |
|---|---|
| 1968-06 | 5.98 |
| 1968-07 | 5.65 |
| 1968-08 | 5.43 |
| 1968-09 | 5.45 |
| 1968-10 | 5.57 |
| 1968-11 | 5.75 |
| 1968-12 | 6.19 |
| 1969-01 | 6.34 |
| 1969-02 | 6.41 |
| 1969-03 | 6.34 |
| 1969-04 | 6.26 |
| 1969-05 | 6.42 |
| 1969-06 | 7.04 |
| 1969-07 | 7.6 |
| 1969-08 | 7.54 |
| 1969-09 | 7.82 |
| 1969-10 | 7.64 |
| 1969-11 | 7.89 |
| 1969-12 | 8.17 |
| 1970-01 | 8.1 |
| 1970-02 | 7.59 |
| 1970-03 | 6.97 |
| 1970-04 | 7.06 |
| 1970-05 | 7.75 |
| 1970-06 | 7.55 |
| 1970-07 | 7.1 |
| 1970-08 | 6.98 |
| 1970-09 | 6.73 |
| 1970-10 | 6.43 |
| 1970-11 | 5.51 |
| 1970-12 | 5 |
| 1971-01 | 4.57 |
| 1971-02 | 3.89 |
| 1971-03 | 3.69 |
| 1971-04 | 4.3 |
| 1971-05 | 5.04 |
| 1971-06 | 5.64 |
| 1971-07 | 6.04 |
| 1971-08 | 5.8 |
| 1971-09 | 5.41 |
| 1971-10 | 4.91 |
| 1971-11 | 4.67 |
| 1971-12 | 4.6 |
| 1972-01 | 4.28 |
| 1972-02 | 4.27 |
| 1972-03 | 4.67 |
| 1972-04 | 4.96 |

| | |
|---|---|
| 1972-05 | 4.64 |
| 1972-06 | 4.93 |
| 1972-07 | 4.96 |
| 1972-08 | 4.98 |
| 1972-09 | 5.52 |
| 1972-10 | 5.52 |
| 1972-11 | 5.27 |
| 1972-12 | 5.52 |
| 1973-01 | 5.89 |
| 1973-02 | 6.19 |
| 1973-03 | 6.85 |
| 1973-04 | 6.85 |
| 1973-05 | 6.89 |
| 1973-06 | 7.31 |
| 1973-07 | 8.39 |
| 1973-08 | 8.82 |
| 1973-09 | 8.31 |
| 1973-10 | 7.4 |
| 1973-11 | 7.57 |
| 1973-12 | 7.27 |
| 1974-01 | 7.42 |
| 1974-02 | 6.88 |
| 1974-03 | 7.76 |
| 1974-04 | 8.62 |
| 1974-05 | 8.78 |
| 1974-06 | 8.67 |
| 1974-07 | 8.8 |
| 1974-08 | 9.36 |
| 1974-09 | 8.87 |
| 1974-10 | 8.05 |
| 1974-11 | 7.66 |
| 1974-12 | 7.31 |
| 1975-01 | 6.83 |
| 1975-02 | 5.98 |
| 1975-03 | 6.11 |
| 1975-04 | 6.9 |
| 1975-05 | 6.39 |
| 1975-06 | 6.29 |
| 1975-07 | 7.11 |
| 1975-08 | 7.7 |
| 1975-09 | 7.75 |
| 1975-10 | 6.95 |
| 1975-11 | 6.49 |
| 1975-12 | 6.6 |
| 1976-01 | 5.81 |
| 1976-02 | 5.91 |
| 1976-03 | 6.21 |

| | |
|---|---|
| 1976-04 | 5.92 |
| 1976-05 | 6.4 |
| 1976-06 | 6.52 |
| 1976-07 | 6.2 |
| 1976-08 | 6 |
| 1976-09 | 5.84 |
| 1976-10 | 5.5 |
| 1976-11 | 5.29 |
| 1976-12 | 4.89 |
| 1977-01 | 5.29 |
| 1977-02 | 5.47 |
| 1977-03 | 5.5 |
| 1977-04 | 5.44 |
| 1977-05 | 5.84 |
| 1977-06 | 5.8 |
| 1977-07 | 5.94 |
| 1977-08 | 6.37 |
| 1977-09 | 6.53 |
| 1977-10 | 6.97 |
| 1977-11 | 6.95 |
| 1977-12 | 6.96 |
| 1978-01 | 7.28 |
| 1978-02 | 7.34 |
| 1978-03 | 7.31 |
| 1978-04 | 7.45 |
| 1978-05 | 7.82 |
| 1978-06 | 8.09 |
| 1978-07 | 8.39 |
| 1978-08 | 8.31 |
| 1978-09 | 8.64 |
| 1978-10 | 9.14 |
| 1978-11 | 10.01 |
| 1978-12 | 10.3 |
| 1979-01 | 10.41 |
| 1979-02 | 10.24 |
| 1979-03 | 10.25 |
| 1979-04 | 10.12 |
| 1979-05 | 10.12 |
| 1979-06 | 9.57 |
| 1979-07 | 9.64 |
| 1979-08 | 9.98 |
| 1979-09 | 10.84 |
| 1979-10 | 12.44 |
| 1979-11 | 12.39 |
| 1979-12 | 11.98 |
| 1980-01 | 12.06 |
| 1980-02 | 13.92 |

| | |
|---|---|
| 1980-03 | 15.82 |
| 1980-04 | 13.3 |
| 1980-05 | 9.39 |
| 1980-06 | 8.16 |
| 1980-07 | 8.65 |
| 1980-08 | 10.24 |
| 1980-09 | 11.52 |
| 1980-10 | 12.49 |
| 1980-11 | 14.15 |
| 1980-12 | 14.88 |
| 1981-01 | 14.08 |
| 1981-02 | 14.57 |
| 1981-03 | 13.71 |
| 1981-04 | 14.32 |
| 1981-05 | 16.2 |
| 1981-06 | 14.86 |
| 1981-07 | 15.72 |
| 1981-08 | 16.72 |
| 1981-09 | 16.52 |
| 1981-10 | 15.38 |
| 1981-11 | 12.41 |
| 1981-12 | 12.85 |
| 1982-01 | 14.32 |
| 1982-02 | 14.73 |
| 1982-03 | 13.95 |
| 1982-04 | 13.98 |
| 1982-05 | 13.34 |
| 1982-06 | 14.07 |
| 1982-07 | 13.24 |
| 1982-08 | 11.43 |
| 1982-09 | 10.85 |
| 1982-10 | 9.32 |
| 1982-11 | 9.16 |
| 1982-12 | 8.91 |
| 1983-01 | 8.62 |
| 1983-02 | 8.92 |
| 1983-03 | 9.04 |
| 1983-04 | 8.98 |
| 1983-05 | 8.9 |
| 1983-06 | 9.66 |
| 1983-07 | 10.2 |
| 1983-08 | 10.53 |
| 1983-09 | 10.16 |
| 1983-10 | 9.81 |
| 1983-11 | 9.94 |
| 1983-12 | 10.11 |
| 1984-01 | 9.9 |

| | |
|---|---|
| 1984-02 | 10.04 |
| 1984-03 | 10.59 |
| 1984-04 | 10.9 |
| 1984-05 | 11.66 |
| 1984-06 | 12.08 |
| 1984-07 | 12.03 |
| 1984-08 | 11.82 |
| 1984-09 | 11.58 |
| 1984-10 | 10.9 |
| 1984-11 | 9.82 |
| 1984-12 | 9.33 |
| 1985-01 | 9.02 |
| 1985-02 | 9.29 |
| 1985-03 | 9.86 |
| 1985-04 | 9.14 |
| 1985-05 | 8.46 |
| 1985-06 | 7.8 |
| 1985-07 | 7.86 |
| 1985-08 | 8.05 |
| 1985-09 | 8.07 |
| 1985-10 | 8.01 |
| 1985-11 | 7.88 |
| 1985-12 | 7.67 |
| 1986-01 | 7.73 |
| 1986-02 | 7.61 |
| 1986-03 | 7.03 |
| 1986-04 | 6.44 |
| 1986-05 | 6.65 |
| 1986-06 | 6.73 |
| 1986-07 | 6.27 |
| 1986-08 | 5.93 |
| 1986-09 | 5.77 |
| 1986-10 | 5.72 |
| 1986-11 | 5.8 |
| 1986-12 | 5.87 |
| 1987-01 | 5.78 |
| 1987-02 | 5.96 |
| 1987-03 | 6.03 |
| 1987-04 | 6.5 |
| 1987-05 | 7 |
| 1987-06 | 6.8 |
| 1987-07 | 6.68 |
| 1987-08 | 7.03 |
| 1987-09 | 7.67 |
| 1987-10 | 7.59 |
| 1987-11 | 6.96 |
| 1987-12 | 7.17 |

| | |
|---|---|
| 1988-01 | 6.99 |
| 1988-02 | 6.64 |
| 1988-03 | 6.71 |
| 1988-04 | 7.01 |
| 1988-05 | 7.4 |
| 1988-06 | 7.49 |
| 1988-07 | 7.75 |
| 1988-08 | 8.17 |
| 1988-09 | 8.09 |
| 1988-10 | 8.11 |
| 1988-11 | 8.48 |
| 1988-12 | 8.99 |
| 1989-01 | 9.05 |
| 1989-02 | 9.25 |
| 1989-03 | 9.57 |
| 1989-04 | 9.36 |
| 1989-05 | 8.98 |
| 1989-06 | 8.44 |
| 1989-07 | 7.89 |
| 1989-08 | 8.18 |
| 1989-09 | 8.22 |
| 1989-10 | 7.99 |
| 1989-11 | 7.77 |
| 1989-12 | 7.72 |
| 1990-01 | 7.92 |
| 1990-02 | 8.11 |
| 1990-03 | 8.35 |
| 1990-04 | 8.4 |
| 1990-05 | 8.32 |
| 1990-06 | 8.1 |
| 1990-07 | 7.94 |
| 1990-08 | 7.78 |
| 1990-09 | 7.76 |
| 1990-10 | 7.55 |
| 1990-11 | 7.31 |
| 1990-12 | 7.05 |
| 1991-01 | 6.64 |
| 1991-02 | 6.27 |
| 1991-03 | 6.4 |
| 1991-04 | 6.24 |
| 1991-05 | 6.13 |
| 1991-06 | 6.36 |
| 1991-07 | 6.31 |
| 1991-08 | 5.78 |
| 1991-09 | 5.57 |
| 1991-10 | 5.33 |
| 1991-11 | 4.89 |

| | |
|---|---|
| 1991-12 | 4.38 |
| 1992-01 | 4.15 |
| 1992-02 | 4.29 |
| 1992-03 | 4.63 |
| 1992-04 | 4.3 |
| 1992-05 | 4.19 |
| 1992-06 | 4.17 |
| 1992-07 | 3.6 |
| 1992-08 | 3.47 |
| 1992-09 | 3.18 |
| 1992-10 | 3.3 |
| 1992-11 | 3.68 |
| 1992-12 | 3.71 |
| 1993-01 | 3.5 |
| 1993-02 | 3.39 |
| 1993-03 | 3.33 |
| 1993-04 | 3.24 |
| 1993-05 | 3.36 |
| 1993-06 | 3.54 |
| 1993-07 | 3.47 |
| 1993-08 | 3.44 |
| 1993-09 | 3.36 |
| 1993-10 | 3.39 |
| 1993-11 | 3.58 |
| 1993-12 | 3.61 |
| 1994-01 | 3.54 |
| 1994-02 | 3.87 |
| 1994-03 | 4.32 |
| 1994-04 | 4.82 |
| 1994-05 | 5.31 |
| 1994-06 | 5.27 |
| 1994-07 | 5.48 |
| 1994-08 | 5.56 |
| 1994-09 | 5.76 |
| 1994-10 | 6.11 |
| 1994-11 | 6.54 |
| 1994-12 | 7.14 |
| 1995-01 | 7.05 |
| 1995-02 | 6.7 |
| 1995-03 | 6.43 |
| 1995-04 | 6.27 |
| 1995-05 | 6 |
| 1995-06 | 5.64 |
| 1995-07 | 5.59 |
| 1995-08 | 5.75 |
| 1995-09 | 5.62 |
| 1995-10 | 5.59 |

| | |
|---|---|
| 1995-11 | 5.43 |
| 1995-12 | 5.31 |
| 1996-01 | 5.09 |
| 1996-02 | 4.94 |
| 1996-03 | 5.34 |
| 1996-04 | 5.54 |
| 1996-05 | 5.64 |
| 1996-06 | 5.81 |
| 1996-07 | 5.85 |
| 1996-08 | 5.67 |
| 1996-09 | 5.83 |
| 1996-10 | 5.55 |
| 1996-11 | 5.42 |
| 1996-12 | 5.47 |
| 1997-01 | 5.61 |
| 1997-02 | 5.53 |
| 1997-03 | 5.8 |
| 1997-04 | 5.99 |
| 1997-05 | 5.87 |
| 1997-06 | 5.69 |
| 1997-07 | 5.54 |
| 1997-08 | 5.56 |
| 1997-09 | 5.52 |
| 1997-10 | 5.46 |
| 1997-11 | 5.46 |
| 1997-12 | 5.53 |
| 1998-01 | 5.24 |
| 1998-02 | 5.31 |
| 1998-03 | 5.39 |
| 1998-04 | 5.38 |
| 1998-05 | 5.44 |
| 1998-06 | 5.41 |
| 1998-07 | 5.36 |
| 1998-08 | 5.21 |
| 1998-09 | 4.71 |
| 1998-10 | 4.12 |
| 1998-11 | 4.53 |
| 1998-12 | 4.52 |
| 1999-01 | 4.51 |
| 1999-02 | 4.7 |
| 1999-03 | 4.78 |
| 1999-04 | 4.69 |
| 1999-05 | 4.85 |
| 1999-06 | 5.1 |
| 1999-07 | 5.03 |
| 1999-08 | 5.2 |
| 1999-09 | 5.25 |

| | |
|---|---|
| 1999-10 | 5.43 |
| 1999-11 | 5.55 |
| 1999-12 | 5.84 |
| 2000-01 | 6.12 |
| 2000-02 | 6.22 |
| 2000-03 | 6.22 |
| 2000-04 | 6.15 |
| 2000-05 | 6.33 |
| 2000-06 | 6.17 |
| 2000-07 | 6.08 |
| 2000-08 | 6.18 |
| 2000-09 | 6.13 |
| 2000-10 | 6.01 |
| 2000-11 | 6.09 |
| 2000-12 | 5.6 |
| 2001-01 | 4.81 |
| 2001-02 | 4.68 |
| 2001-03 | 4.3 |
| 2001-04 | 3.98 |
| 2001-05 | 3.78 |
| 2001-06 | 3.58 |
| 2001-07 | 3.62 |
| 2001-08 | 3.47 |
| 2001-09 | 2.82 |
| 2001-10 | 2.33 |
| 2001-11 | 2.18 |
| 2001-12 | 2.22 |
| 2002-01 | 2.16 |
| 2002-02 | 2.23 |
| 2002-03 | 2.57 |
| 2002-04 | 2.48 |
| 2002-05 | 2.35 |
| 2002-06 | 2.2 |
| 2002-07 | 1.96 |
| 2002-08 | 1.76 |
| 2002-09 | 1.72 |
| 2002-10 | 1.65 |
| 2002-11 | 1.49 |
| 2002-12 | 1.45 |
| 2003-01 | 1.36 |
| 2003-02 | 1.3 |
| 2003-03 | 1.24 |
| 2003-04 | 1.27 |
| 2003-05 | 1.18 |
| 2003-06 | 1.01 |
| 2003-07 | 1.12 |
| 2003-08 | 1.31 |

| | |
|---|---|
| 2003-09 | 1.24 |
| 2003-10 | 1.25 |
| 2003-11 | 1.34 |
| 2003-12 | 1.31 |
| 2004-01 | 1.24 |
| 2004-02 | 1.24 |
| 2004-03 | 1.19 |
| 2004-04 | 1.43 |
| 2004-05 | 1.78 |
| 2004-06 | 2.12 |
| 2004-07 | 2.1 |
| 2004-08 | 2.02 |
| 2004-09 | 2.12 |
| 2004-10 | 2.23 |
| 2004-11 | 2.5 |
| 2004-12 | 2.67 |
| 2005-01 | 2.86 |
| 2005-02 | 3.03 |
| 2005-03 | 3.3 |
| 2005-04 | 3.32 |
| 2005-05 | 3.33 |
| 2005-06 | 3.36 |
| 2005-07 | 3.64 |
| 2005-08 | 3.87 |
| 2005-09 | 3.85 |
| 2005-10 | 4.18 |
| 2005-11 | 4.33 |
| 2005-12 | 4.35 |
| 2006-01 | 4.45 |
| 2006-02 | 4.68 |
| 2006-03 | 4.77 |
| 2006-04 | 4.9 |
| 2006-05 | 5 |
| 2006-06 | 5.16 |
| 2006-07 | 5.22 |
| 2006-08 | 5.08 |
| 2006-09 | 4.97 |
| 2006-10 | 5.01 |
| 2006-11 | 5.01 |
| 2006-12 | 4.94 |
| 2007-01 | 5.06 |
| 2007-02 | 5.05 |
| 2007-03 | 4.92 |
| 2007-04 | 4.93 |
| 2007-05 | 4.91 |
| 2007-06 | 4.96 |
| 2007-07 | 4.96 |

| | |
|---|---|
| 2007-08 | 4.47 |
| 2007-09 | 4.14 |
| 2007-10 | 4.1 |
| 2007-11 | 3.5 |
| 2007-12 | 3.26 |
| 2008-01 | 2.71 |
| 2008-02 | 2.05 |
| 2008-03 | 1.54 |
| 2008-04 | 1.74 |
| 2008-05 | 2.06 |
| 2008-06 | 2.42 |
| 2008-07 | 2.28 |
| 2008-08 | 2.18 |
| 2008-09 | 1.91 |
| 2008-10 | 1.42 |
| 2008-11 | 1.07 |
| 2008-12 | 0.49 |
| 2009-01 | 0.44 |
| 2009-02 | 0.62 |
| 2009-03 | 0.64 |
| 2009-04 | 0.55 |
| 2009-05 | 0.5 |
| 2009-06 | 0.51 |
| 2009-07 | 0.48 |
| 2009-08 | 0.46 |
| 2009-09 | 0.4 |
| 2009-10 | 0.37 |
| 2009-11 | 0.31 |
| 2009-12 | 0.37 |
| 2010-01 | 0.35 |
| 2010-02 | 0.35 |
| 2010-03 | 0.4 |
| 2010-04 | 0.45 |
| 2010-05 | 0.37 |
| 2010-06 | 0.32 |
| 2010-07 | 0.29 |
| 2010-08 | 0.26 |
| 2010-09 | 0.26 |
| 2010-10 | 0.23 |
| 2010-11 | 0.25 |
| 2010-12 | 0.29 |
| 2011-01 | 0.27 |
| 2011-02 | 0.29 |
| 2011-03 | 0.26 |
| 2011-04 | 0.25 |
| 2011-05 | 0.19 |
| 2011-06 | 0.18 |

| | |
|---|---|
| 2011-07 | 0.19 |
| 2011-08 | 0.11 |
| 2011-09 | 0.1 |
| 2011-10 | 0.11 |
| 2011-11 | 0.11 |
| 2011-12 | 0.12 |
| 2012-01 | 0.12 |
| 2012-02 | 0.16 |
| 2012-03 | 0.19 |
| 2012-04 | 0.18 |
| 2012-05 | 0.19 |
| 2012-06 | 0.19 |
| 2012-07 | 0.19 |
| 2012-08 | 0.18 |
| 2012-09 | 0.18 |
| 2012-10 | 0.18 |
| 2012-11 | 0.18 |
| 2012-12 | 0.16 |
| 2013-01 | 0.15 |
| 2013-02 | 0.16 |
| 2013-03 | 0.15 |
| 2013-04 | 0.12 |
| 2013-05 | 0.12 |
| 2013-06 | 0.14 |
| 2013-07 | 0.12 |
| 2013-08 | 0.13 |
| 2013-09 | 0.12 |
| 2013-10 | 0.12 |
| 2013-11 | 0.12 |